BENSONHURST NATIONAL BANK OF BROOKLYN, Respondent, *v.* CITY OF NEW YORK, Appellant, Impleaded with Another.

Argued March 14, 1938; decided April 12, 1938.

*William C. Chanler, Corporation Counsel (James Hall Prothero, Paxton Blair* and *Nelson Rosenbaum* of counsel), for appellant.

*Isaac Reiss* and *Samuel Firestone* for respondent.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* of counsel), for State of New York.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.